UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RODOLFO SARDUY and                           Case No.:   8:17-bk-08708-RCT
MICHELLE DIEGUEZ SARDUY,                      Chapter:   7

    Debtors.                                 /

_____

## RESPONSE TO TRUSTEE'S EXPEDITED MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS & INTERESTS

U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-18N by Nationstar Mortgage LLC dba Mr. Cooper LLC (the "Secured Creditor"), by and through its undersigned counsel, responds   to the Trustee's Expedited Motion to Sell Property Free and Clear of Liens, Claims & Interests (the "Motion") (Doc. No. 28) and in support thereof states as follows:

1.     Debtors' Bankruptcy Case:   This case was commenced by the filing of a voluntary Chapter 7 petition on October 13, 2017 by Rodolfo Sarduy and Michelle Dieguez Sarduy (the "Debtors").

2.     Collateral:   Secured Creditor holds a mortgage lien against the Debtors' real property located at 5434 CARROLLWOOD KEY DR, Northdale, Florida 33624 (the "Property").

3.     Motion:   On March 7, 2018, the Trustee filed the Motion which request the Court's approval to sell the aforementioned property.   The Motion included a proposed sales contract with a purchase price of $132,500.00.

4.     Response:   Secured Creditor does not object to the approval of the sales contract so long as the Order granting the Motion contains language indicating that Secured

Creditor's lien must be paid in full with the sale proceeds.

    5.    <u>Attorney's Fees and Costs:</u>    Secured Creditor has incurred additional fees and costs as a result of having to file this response:

    6.    <u>Response:</u>    Secured Creditor reserves the right to supplement and/or amend this response.

    WHEREFORE, the Secured Creditor requests that the Court enter an order approving the Trustee's Expedited Motion to Sell Property Free and Clear of Liens, Claims & Interests with the additional language requested by Secured Creditor and for such other and further relief as the Court deems just and proper.

                                        McCalla Raymer Leibert Pierce, LLC


By:        /s/  Melbalynn Fisher
            Melbalynn Fisher
            Florida Bar No. 107698
            Attorney for Creditor
            110 S.E. 6th Street, Suite 2400
            Ft. Lauderdale, FL 33301
            Phone:   954-526-5846
            Fax:    954-526-5846
            Email:   melbalynn.fisher@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 16, 2018 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Rodolfo Sarduy, 801 Brooker Village Circle, Lutz, FL 33548 and Michelle Dieguez Sarduy, 801 Brooker Village Circle, Lutz, FL 33548.

By:     */s/ Melbalynn Fisher*
Melbalynn Fisher

Christine L Herendeen clherendeen@herendeenlaw.com, FL78@ecfcbis.com
Christine L Herendeen, Attorney for Trustee clherendeen@herendeenlaw.com
Carolyn Secor carolyn@bankruptcyfortampa.com
Steve Dinh Tran bk@exllegal.com
United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV